B1 (Official Form 1) (4/10)

# United States Bankruptcy Court
## Northern District of California

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>Do, Tri Trong | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Cai, Lily Li Do |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):<br>aka Lily Cai Do, Lily Cai, TLD Investments, Inc., My Love Bridal |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 3118 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 4068 |
| Street Address of Debtor (No. and Street, City, and State)<br>86 Arundel Drive<br>Hayward, CA<br>ZIPCODE 94542 | Street Address of Joint Debtor (No. and Street, City, and State)<br>86 Arundel Drive<br>Hayward, CA<br>ZIPCODE 94542 |
| County of Residence or of the Principal Place of Business:<br>Alameda | County of Residence or of the Principal Place of Business:<br>Alameda |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**    **Chapter 11 Debtors**

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [x] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

**Check if:**

- [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

**Check all applicable boxes**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 33015 - PDF-XChange 3.0

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Tri Trong Do & Lily Li Do Cai |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: N.A. | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _/s/ Robert C. Borris Jr., Esq._      5/20/2010<br>    Signature of Attorney for Debtor(s)      Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
### (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
### (Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.- ver. 4.5.4-749 - 3301.5 -PDF-XChange 3.0

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Tri Trong Do & Lily Li Do Cai |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Tri Trong Do
Signature of Debtor

**X** /s/ Lily Li Do Cai
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

5/20/2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

**X** /s/ Robert C. Borris Jr., Esq.
Signature of Attorney for Debtor(s)

ROBERT C. BORRIS JR., ESQ. 85415
Printed Name of Attorney for Debtor(s)

Robert C. Borris Jr., Esq. Law Offices
Firm Name

21550 Foothill Blvd
Address

Hayward, CA 94541

510 581 7111    rborrisjr@aol.com
Telephone Number            e-mail

5/20/2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 3301.5 - PDF-XChange 3.0

# UNITED STATES BANKRUPTCY COURT
**Northern District of California**

In re __Tri Trong Do & Lily Li Do Cai_____     Case No._____
          Debtor(s)                                                  (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.- ver. 4.5.4-749 - 33015 - PDF-XChange 3.0

❏  3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏  4.   I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
　　❏  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
　　❏  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
　　❏  Active military duty in a military combat zone.

❏  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　/s/ Tri Trong Do
　　　　　　　　　　　　　　　　TRI TRONG DO

Date:　＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　5/20/2010

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 3301.5 - PDF-XChange 3.0

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re ___Tri Trong Do & Lily Li Do Cai_____

Case No._____

Debtor(s)

(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 33015 - PDF-XChange 3.0

❏ 3.  I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏ 4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
   ❏ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
   ❏ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.**);**
   ❏ Active military duty in a military combat zone.

❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Joint Debtor:_____/s/ Lily Li Do Cai_____
                                                        LILY LI DO CAI

Date: ____5/20/2010_____

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749  -  3301-5 - PDF-XChange 3.0

Certificate Number: 02114-CAN-CC-010949626

# **CERTIFICATE OF COUNSELING**

I CERTIFY that on 05/12/10, at 01:35 o'clock PM EST LILY L DO received from Consumer Credit Counseling Service of Greater Atlanta, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of California, an individual [or group] briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111. A debt repayment Plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted ___ by Internet .

Date:  05-12-2010                                    By         /s/ALVAN ALLEN

                                                                   Name    ALVAN ALLEN

                                                                   Title     Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

1

Certificate Number: 02114-CAN-CC-010949623

# **CERTIFICATE OF COUNSELING**

I CERTIFY that on 05/12/10, at 01:35 o'clock PM EST, TRI T DO received from Consumer Credit Counseling Service of Greater Atlanta, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of California, an individual [or group] briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111. A debt repayment Plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted    by Internet .

Date:  05-12-2010                    By      /s/ALVAN ALLEN

                                     Name    ALVAN ALLEN

                                     Title   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

1

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re    Tri Trong Do & Lily Li Do Cai             ,
                           Debtor

Case No. _____

Chapter     11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Chase<br>PO Box 94014<br>Palatine IL 60094 | | | | 1,300,000.00<br>Collateral FMV<br>905,000.00 |
| Mei Lin Cai and<br>Wing Wei Cai<br>29009 Rosecliff Lane<br>Hayward CA 94544 | | | | 350,000.00 |
| Chase Home Finance<br>LLC<br>P.O. Box 99999<br>Any City, ST<br>99999-9999 | | | | 200,000.00<br>Collateral FMV<br>0.00 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

Chase Home Finance
LLC
P.O. Box 99999
Any City, ST
99999-9999

200,000.00
Collateral FMV
0.00

Chase Home Finance
LLC
P.O. Box 99999
Any City, ST
99999-9999

185,000.00
Collateral FMV
0.00

BMW FINANCIAL
SERVICES
5515 PARKCENTER
CIR
DUBLIN, OH 43017

32,239.00

UNVL/CITI
PO BOX 6241
SIOUX FALLS, SD
57117

26,281.00

America's Servicing
Company
1 Home Campus
Des Moines IA 50328

621,000.00
Collateral FMV
600,000.00

WELLS FARGO
BANK
PO BOX 5445
PORTLAND, OR
97228

19,636.00

CHASE
PO BOX 15298
WILMINGTON, DE
19850

16,330.00

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver.4.5.4-749 - 3301.5 - PDF-XChange 3.0

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| CITI<br>PO BOX 6241<br>SIOUX FALLS, SD 57117 | | | | 16,215.00 |
| BMW FINANCIAL SERVICES<br>5515 PARKCENTER CIR<br>DUBLIN, OH 43017 | | | | 13,348.00 |
| WELLS FARGO BANK NV NA<br>PO BOX 94435<br>ALBUQUERQUE, NM 87199 | | | | 9,347.00 |
| Bank of America<br>PO Box 15710<br>Wilmington DE 19850 | | | | 9,000.00 |
| CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850 | | | | 8,648.00 |
| CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850 | | | | 8,162.00 |
| DISCOVER FIN SVCS LLC<br>PO BOX 15316<br>WILMINGTON, DE 19850 | | | | 6,965.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. – ver. 4.5.4-749 – 33015 - PDF-XChange 3.0

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

DISCOVER FIN
SVCS LLC
PO BOX 15316
WILMINGTON, DE
19850                                                                           6,936.00

FEB/FRYS
280 W 10200 S STE
200
SANDY, UT 84070                                                                  3,749.00

VISDSNB
9111 DUKE BLVD
MASON, OH 45040                                                                  3,082.00

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing list of twenty largest unsecured creditors and that it is true and correct to the best of my knowledge, information and belief.

Date    5/20/2010        Signature    /s/ Tri Trong Do

                                                    TRI TRONG DO

Date    5/20/2010        Signature    /s/ Lily Li Do Cai
                                of Joint Debtor    LILY LI DO CAI

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 3301.5 - PDF-XChange 3.0

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 3301-5 - PDF-XChange 3.0

In re    Tri Trong Do & Lily Li Do Cai        Case No. _____

            **Debtor**                                                     **(If known)**

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1609 Via Tovita, San Lorenzo CA 94580<br><br>1609 Via Tovita, San Lorenzo CA 94580 | fee simple as to 66.66% | C | 275,000.00 | 475,000.00 |
| 2544 Spindrift Circle Hayward, CA 94545<br><br>2544 Spindrift Circle Hayward, CA 94545 | Fee Simple | C | 600,000.00 | 806,000.00 |
| 86 Arundel Drive Hayward, CA 94542<br><br>86 Arundel Drive Hayward, CA 94542 | Fee Simple | C | 905,000.00 | 1,500,000.00 |
| | | | 0.00 | None |

                                                           Total ➤ | 1,780,000.00

(Report also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.- ver. 4.5.4-749 - 3301.5 - PDF-XChange 3.0

In re   Tri Trong Do & Lily Li Do Cai                                    Case No. _____
         **Debtor**                                                               **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking accounts Bank of America Oakland Chinatown Branch | C | 200.00 |
| | | Bank of America savings Oakland Chinatown | C | 300.00 |
| | | checking Bank of America checking account is owned by parents Wing Wei Cai and Mei Lin Cai. Debtor Lily Do is on account as power of attorney substitute. Amount: $3000 | C | 0.00 |
| | | checking account Wells Fargo San Francisco downtown branch | C | 50.00 |
| | | Chase checking Lake Meritt, Oakland | C | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 3301.5 - PDF-XChange 3.0

In re <u>Tri Trong Do & Lily Li Do Cai</u>          Case No. _____
          **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401k Plan Fidelity Investments Fidelity Investments | C | 45,000.00 |
| | | 401k Hartford Insurance The Hartford Insurance Company | C | 15,000.00 |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | | Scottrade brokerage account Wells Fargo brokerage account San Francisco branch | C C | 90.00 225.00 |
| | | common stock in closely held corporation known as TLD Investments, Inc. Hayward CA | C | 5,000.00 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 33015 - PDF-XChange 3.0

In re  Tri Trong Do & Lily Li Do Cai                    Case No. _____
_____
       **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 BMW M3 w/ 5,000 Debtors' residence | C | 44,000.00 |
| | | 2006 Toyota Sequoia limited edition w/ 45,000 miles Debtors' residence | C | 25,500.00 |
| | | 2006 Toyota Tacoma 65000 Debtors' residence | C | 11,485.00 |
| | | 1996 Acura Integra GSX w/ 250,000 Debtors' residence | C | 1,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 33015 - PDF-XChange 3.0

In re   <u>Tri Trong Do & Lily Li Do Cai</u>      Case No.  <u>                               </u>
                  **Debtor**                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | _____0_____  continuation sheets attached    Total | | $       148,350.00 |

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 3301.5 - PDF-XChange 3.0

**In re**   Tri Trong Do & Lily Li Do Cai         **Case No.** _____

              **Debtor**                                          **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)

☑   11 U.S.C. § 522(b)(3)

☐   Check if debtor claims a homestead exemption that exceeds $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| No exemptions claimed. | | | |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 33015 - PDF-XChange 3.0

B6D (Official Form 6D) (12/07)

In re __Tri Trong Do & Lily Li Do Cai_____,  Case No. _____
                        **Debtor**                                                                             **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> America's Servicing Company <br> 1 Home Campus <br> Des Moines IA 50328 | | C | Security: 2544 Spindrift Circle Hayward, CA 94545 <br><br><br> VALUE $       600,000.00 | | | | 621,000.00 | 21,000.00 |
| ACCOUNT NO. <br><br> Bank of Stockton <br> 301 East Miner Avenue <br> Stockton, CA 95201 | | C | Security: 2006 Toyota Sequoia limited edition w/ 45,000 miles <br><br><br> VALUE $       25,500.00 | | | | 12,222.00 | 0.00 |
| ACCOUNT NO. <br><br> BMW of North America, LLC <br> 300 Chestnut Ridge Road <br> Woodcliff Lake, NJ 07677-7731 | | C | Security: 2008 BMW M3 w/ 5,000 <br><br><br> VALUE $       44,000.00 | | | | 32,239.00 | 0.00 |

  __2__  continuation sheets attached

|  | Subtotal ► (Total of this page) | $   665,461.00 | $   21,000.00 |
|---|---|---|---|
|  | Total ► (Use only on last page) | $ | $ |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 33015 - PDF-XChange 3.0

In re ___Tri Trong Do & Lily Li Do Cai_____,     Case No. _____
        **Debtor**             **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Chase<br>PO Box 94014<br>Palatine IL 60094 | C | | Security: 86 Arundel Drive Hayward, CA 94542<br><br>VALUE $     905,000.00 | | | | 1,300,000.00 | 395,000.00 |
| ACCOUNT NO.<br><br>Chase Home Finance LLC<br>P.O. Box 99999<br>Any City, ST 99999-9999 | C | | Incurred: 10/2008<br>Security: 1609 Via Tovita, San Lorenzo CA 94580<br><br>VALUE $     275,000.00 | X | X | | 200,000.00 | 200,000.00 This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br><br>Chase Home Finance LLC<br>P.O. Box 99999<br>Any City, ST 99999-9999 | C | | Security: 2544 Spindrift Circle Hayward, CA 94545<br><br>VALUE $     600,000.00 | X | X | | 185,000.00 | 185,000.00 This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br><br>Chase Home Finance LLC<br>P.O. Box 99999<br>Any City, ST 99999-9999 | C | | Security: 86 Arundel Drive Hayward, CA 94542<br><br>VALUE $     905,000.00 | X | X | | 200,000.00 | 200,000.00 This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br><br>Wells Fargo Home Mortgage<br>540 California Street<br>San Francisco, CA 94104 | C | | Security: 1609 Via Tovita, San Lorenzo CA 94580<br><br>VALUE $     275,000.00 | | | | 275,000.00 | 0.00 |

Sheet no. _1_ of _2_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) ▶
(Total(s) of this page)

Total(s) ▶
(Use only on last page)

$ 2,160,000.00      $ 980,000.00

$ 2,825,461.00      $1,001,000.00

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 3301.5 - PDF-XChange 3.0

In re _Tri Trong Do & Lily Li Do Cai_____,    Case No._____
                            Debtor                                             (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 3301.5 - PDF-XChange 3.0

    *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re  Tri Trong Do & Lily Li Do Cai_____,      Case No._____
                        Debtor                                                                (if known)

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

___0___ **continuation sheets attached**

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749  -  33015 - PDF-XChange 3.0

In re ___Tri Trong Do & Lily Li Do Cai_____,    Case No. _____
            **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8903<br><br>AMEX<br>PO BOX 297871<br>FORT LAUDERDALE, FL 33329 | | H | ACCOUNT CLOSED BY CREDIT GRANTOR<br>CREDIT CARD | | | | 274.00 |
| ACCOUNT NO.  0681<br><br>Bank of America<br>PO Box 15710<br>Wilmington DE 19850 | | W | Consideration: STUDENT LOAN<br>STUDENT LOAN - PAYMENT DEFERRED | | | | 9,000.00 |
| ACCOUNT NO.  0953<br><br>BANK OF AMERICA<br>PO BOX 1598<br>NORFOLK, VA 23501 | | H | CREDIT CARD | | | | 130.00 |
| ACCOUNT NO.  7530<br><br>BMW FINANCIAL SERVICES<br>5515 PARKCENTER CIR<br>DUBLIN, OH 43017 | | H | AUTO LOAN | | | | 32,239.00 |

___7___continuation sheets attached

Subtotal ➤ | $ | 41,643.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 3301.5 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Tri Trong Do & Lily Li Do Cai</u>, Case No. _____
             **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BMW FINANCIAL SERVICES<br>5515 PARKCENTER CIR<br>DUBLIN, OH 43017 | C | | Incurred: 10/2008<br>Consideration: deficiency | | | | 13,348.00 |
| ACCOUNT NO. 3324<br><br>CAP ONE<br>PO BOX 85520<br>RICHMOND, VA 23285 | | W | BUSINESS CREDIT CARD - REVOLVING TERMS | | | | 1,060.00 |
| ACCOUNT NO. 5015<br><br>CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850 | | W | CHARGED OFF ACCOUNT<br>ACCOUNT CLOSED BY CREDIT GRANTOR<br>CREDIT CARD<br>BAD DEBT; PLACED FOR COLLECTION; SKIP<br>CHARGE OFF AMOUNT IS 16330 | | | | 16,330.00 |
| ACCOUNT NO. 9484<br><br>CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850 | | W | CHARGED OFF ACCOUNT<br>ACCOUNT CLOSED BY CREDIT GRANTOR<br>CREDIT CARD<br>BAD DEBT; PLACED FOR COLLECTION; SKIP<br>CHARGE OFF AMOUNT IS 8648 | | | | 8,648.00 |
| ACCOUNT NO. 7015<br><br>CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850 | | W | CHARGED OFF ACCOUNT<br>ACCOUNT CLOSED BY CREDIT GRANTOR<br>CREDIT CARD<br>BAD DEBT; PLACED FOR COLLECTION; SKIP<br>CHARGE OFF AMOUNT IS 8162 | | | | 8,162.00 |

Sheet no. <u>1</u> of <u>7</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $     47,548.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 3301.5 - PDF-XChange 3.0

In re ___Tri Trong Do & Lily Li Do Cai_____,        Case No. _____
       **Debtor**                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5252<br><br>CHASE<br>PO BOX 901039<br>FORT WORTH, TX 76101 | | H | PROFIT AND LOSS WRITEOFF<br>HOME EQUITY LOAN<br>CHARGE OFF AMOUNT IS 203267<br>PAID | | | | 0.00 |
| ACCOUNT NO.  1465<br><br>CITI<br>PO BOX 6241<br>SIOUX FALLS, SD 57117 | | H | CHARGED OFF ACCOUNT<br>ACCOUNT CLOSED BY CREDIT GRANTOR<br>CREDIT CARD<br>BAD DEBT; PLACED FOR COLLECTION; SKIP<br>CHARGE OFF AMOUNT IS 15047 | | | | 16,215.00 |
| ACCOUNT NO.  7805<br><br>CITI CARDS<br>PO BOX 6497<br>SIOUX FALLS, SD 57117 | | W | CHARGED OFF ACCOUNT<br>ACCOUNT CLOSED BY CREDIT GRANTOR<br>CREDIT CARD<br>BAD DEBT; PLACED FOR COLLECTION; SKIP<br>CHARGE OFF AMOUNT IS 858 | | | | 966.00 |
| ACCOUNT NO.  0681<br><br>CSLF/AFSA<br>501 BLEECKER ST  FUNDIN<br>UTICA, NY 13501-2498 | | W | STUDENT LOAN | | | | 0.00 |
| ACCOUNT NO.  2066<br><br>DISCOVER FIN SVCS LLC<br>PO BOX 15316<br>WILMINGTON, DE 19850 | | W | CHARGED OFF ACCOUNT<br>CREDIT CARD<br>BAD DEBT; PLACED FOR COLLECTION; SKIP<br>CHARGE OFF AMOUNT IS 6965 | | | | 6,965.00 |

Sheet no. __2___ of __7___continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 24,146.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 33015 - PDF-XChange 3.0

In re ___Tri Trong Do & Lily Li Do Cai_____,      Case No. _____

**Debtor**                                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   0017<br><br>DISCOVER FIN SVCS LLC<br>PO BOX 15316<br>WILMINGTON, DE 19850 | | H | CHARGED OFF ACCOUNT<br>CREDIT CARD<br>BAD DEBT; PLACED FOR COLLECTION; SKIP<br>CHARGE OFF AMOUNT IS 6936 | | | | 6,936.00 |
| ACCOUNT NO.   8070<br><br>DISCOVER FIN SVCS LLC<br>PO BOX 15316<br>WILMINGTON, DE 19850 | | W | ACCOUNT CLOSED BY CONSUMER<br>CREDIT CARD | | | | 0.00 |
| ACCOUNT NO.   0855<br><br>DSNB BLOOM<br>PO BOX 8218<br>MASON, OH 45040 | | W | CHARGE ACCOUNT | | | | 0.00 |
| ACCOUNT NO.   2749<br><br>FEB/FRYS<br>280 W 10200 S STE 200<br>SANDY, UT 84070 | | W | CHARGED OFF ACCOUNT<br>ACCOUNT CLOSED BY CREDIT GRANTOR<br>REVOLVING CHARGE ACCOUNT<br>BAD DEBT; PLACED FOR COLLECTION; SKIP<br>CHARGE OFF AMOUNT IS 3749 | | | | 3,749.00 |
| ACCOUNT NO.   0515<br><br>FST USA BK B<br>PO BOX 8650<br>WILMINGTON, DE 19899 | | H | ACCOUNT CLOSED BY CONSUMER<br>CREDIT CARD | | | | 0.00 |

Sheet no. __3__ of __7__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 10,685.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 33015 - PDF-XChange 3.0

In re  Tri Trong Do & Lily Li Do Cai                                ,         Case No. _____

           **Debtor**                                                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5220<br><br>GEMB/BANANA REP<br>PO BOX 981400<br>EL PASO, TX 79998 | | W | CLOSED<br>CHARGE ACCOUNT | | | | 0.00 |
| ACCOUNT NO. 1398<br><br>GEMB/MERVYNS<br>PO BOX 981400<br>EL PASO, TX 79998 | | W | ACCOUNT CLOSED BY CONSUMER<br>CHARGE ACCOUNT | | | | 0.00 |
| ACCOUNT NO. 0261<br><br>GREEN POINT SAVINGS<br>4160 MAIN ST<br>FLUSHING, NY 11355 | | H | ACCOUNT/PAID SATISFACTORILY<br>THIS IS AN ACCOUNT IN GOOD STANDING<br>PAID ACCOUNT/ZERO BALANCE<br>HOME EQUITY LINE OF CREDIT - REVOLVING<br>TERMS | | | | 0.00 |
| ACCOUNT NO. 0727<br><br>HSBC BANK<br>PO BOX 5253<br>CAROL STREAM, IL 60197 | | H | ACCOUNT TRANSFERRED OR SOLD<br>CHARGED OFF ACCOUNT<br>CREDIT CARD<br>BAD DEBT; PLACED FOR COLLECTION; SKIP<br>CHARGE OFF AMOUNT IS 3765<br>PAID | | | | 0.00 |
| ACCOUNT NO. 0231<br><br>HSBC/RS<br>POB 15521<br>WILMINGTON, DE 19805 | | H | ACCOUNT CLOSED BY CONSUMER<br>CREDIT CARD | | | | 0.00 |

Sheet no. __4__ of __7__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 33015 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re Tri Trong Do & Lily Li Do Cai _____,  Case No. _____
       **Debtor**                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5220<br><br>MCYDSNB<br>9111 DUKE BLVD<br>MASON, OH 45040 | | W | CHARGED OFF ACCOUNT<br>ACCOUNT CLOSED BY CREDIT GRANTOR<br>REVOLVING CHARGE ACCOUNT<br>BAD DEBT; PLACED FOR COLLECTION; SKIP<br>CHARGE OFF AMOUNT IS 2915 | | | | 2,915.00 |
| ACCOUNT NO. 5231<br><br>MCYDSNB<br>9111 DUKE BLVD<br>MASON, OH 45040 | | W | ACCOUNT CLOSED BY CREDIT GRANTOR<br>CHARGE ACCOUNT | | | | 0.00 |
| ACCOUNT NO. 5240<br><br>MCYDSNB<br>9111 DUKE BLVD<br>MASON, OH 45040 | | W | ACCOUNT CLOSED BY CREDIT GRANTOR<br>CHARGE ACCOUNT | | | | 0.00 |
| ACCOUNT NO.<br><br>Mei Lin Cai and Wing Wei Cai<br>29009 Rosecliff Lane<br>Hayward CA 94544 | C | | Incurred: October 2007<br>Consideration: Personal Loan<br>for purchase of Debtors' home | | | | 350,000.00 |
| ACCOUNT NO. 6074<br><br>NELNET LOANS<br>6420 SOUTHPOINT PKWY<br>JACKSONVILLE, FL 32216 | | W | STUDENT LOAN | | | | 622.00 |

Sheet no. __5__ of __7__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                     Subtotal ➤ | $ | 353,537.00

                         Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*(vertical left margin)* Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 3301.5 - PDF-XChange 3.0

In re <u>Tri Trong Do & Lily Li Do Cai</u>, Case No. _____
          **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5974 <br><br> NELNET LOANS <br> 6420 SOUTHPOINT PKWY <br> JACKSONVILLE, FL 32216 | | W | STUDENT LOAN | | | | 396.00 |
| ACCOUNT NO. 4630 <br><br> UNVL/CITI <br> PO BOX 6241 <br> SIOUX FALLS, SD 57117 | | H | CHARGED OFF ACCOUNT <br> ACCOUNT CLOSED BY CREDIT GRANTOR <br> CREDIT CARD <br> BAD DEBT; PLACED FOR COLLECTION; SKIP <br> CHARGE OFF AMOUNT IS 24350 | | | | 26,281.00 |
| ACCOUNT NO. 1181 <br><br> US DEPT OF EDUCATION <br> PO BOX 5609 <br> GREENVILLE, TX 75403 | | H | CLOSED <br> STUDENT LOAN | | | | 0.00 |
| ACCOUNT NO. 8107 <br><br> VISDSNB <br> 9111 DUKE BLVD <br> MASON, OH 45040 | | H | CHARGED OFF ACCOUNT <br> ACCOUNT CLOSED BY CREDIT GRANTOR <br> CREDIT CARD <br> BAD DEBT; PLACED FOR COLLECTION; SKIP <br> CHARGE OFF AMOUNT IS 3082 | | | | 3,082.00 |
| ACCOUNT NO. 7693 <br><br> WELLS FARGO BANK <br> PO BOX 5445 <br> PORTLAND, OR 97228 | | W | CHARGED OFF ACCOUNT <br> CREDIT CARD <br> BAD DEBT; PLACED FOR COLLECTION; SKIP <br> CHARGE OFF AMOUNT IS 19636 | | | | 19,636.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 3301.5 - PDF-XChange 3.0

Sheet no. <u>6</u> of <u>7</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                     Subtotal ➤ | $ | 49,395.00

                                         Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Tri Trong Do & Lily Li Do Cai</u>,       Case No. _____

    **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0001<br><br>WELLS FARGO BANK N A<br>PO BOX 31557<br>BILLINGS, MT 59107 | | H | CLOSED<br>INSTALLMENT LOAN | | | | 0.00 |
| ACCOUNT NO. 0001<br><br>WELLS FARGO BANK N A<br>PO BOX 31557<br>BILLINGS, MT 59107 | | H | ACCOUNT CLOSED BY CONSUMER<br>HOME EQUITY LOAN | | | | 0.00 |
| ACCOUNT NO. 0001<br><br>WELLS FARGO BANK NV NA<br>PO BOX 31557<br>BILLINGS, MT 59107 | | H | CLOSED<br>HOME EQUITY LOAN | | | | 0.00 |
| ACCOUNT NO. 0001<br><br>WELLS FARGO BANK NV NA<br>PO BOX 94435<br>ALBUQUERQUE, NM 87199 | | H | UNPAID BALANCE REPORTED AS A LOSS BY CREDIT GRANTOR<br>ACCOUNT DELINQUENT 90 DAYS PAST DUE DATE<br>CHECK CREDIT OR LINE OF CREDIT<br>CHARGE OFF AMOUNT IS 9347 | | | | 9,347.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no. <u>7</u> of <u>7</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                             Subtotal ►    $      9,347.00

                                 Total ►    $     536,301.00

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 33015 - PDF-XChange 3.0

In re **Tri Trong Do & Lily Li Do Cai**    Case No. _____
    **Debtor**           **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

  Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 33015 - PDF-XChange 3.0

In re   Tri Trong Do & Lily Li Do Cai _____        Case No. _____
          **Debtor**                                                          **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jim Cai<br>Jim Jian Cai | Macys<br>911 Duke Blvd<br>Mason OH 45040 |
| Sang Duong | Macys<br>911 Duke Blvd<br>Mason OH 45040 |
| Sang Duong | Citibank<br>Processing Center<br>Des Moines IA 50363 |
| San Duong and Cung Vam Do | Bank of America<br>PO Box 15710<br>Wilmington DE 19850 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 3301.5 - PDF-XChange 3.0

In re **Tri Trong Do & Lily Li Do Cai**          Case _____

Debtor                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): son, daughter, niece, Husband's brother, , | AGE(S): 3, 1, 8, 36, 62, 62 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | research associate/ pharmaceutical | real estate broker |
| Name of Employer | Takeda Pharmaceutical | TLD Investments |
| How long employed | 3 years | 4 years |
| Address of Employer | Grant Ave | 86 Arundel Dr |
| | South San Francisco CA | Hayward CA 94542 |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 6,708.00 | $ 0.00 |
| 2. | Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3. | SUBTOTAL | $ 6,708.00 | $ 0.00 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 1,408.00 | $ 0.00 |
| | b. Insurance | $ 138.00 | $ 0.00 |
| | c. Union Dues | $ 0.00 | $ 0.00 |
| | d. Other (Specify: _(D)health plan_____ ) | $ 50.00 | $ 0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,596.00 | $ 0.00 |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $ 5,112.00 | $ 0.00 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 6,077.00 |
| 8. | Income from real property | $ 4,395.00 | $ 0.00 |
| 9. | Interest and dividends | $ 0.00 | $ 0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. | Social security or other government assistance ( Specify: _____ ) | $ 0.00 | $ 0.00 |
| 12. | Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. | Other monthly income _____ (Specify: _____ ) | $ 0.00 | $ 0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 4,395.00 | $ 6,077.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 9,507.00 | $ 6,077.00 |
| 16. | COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15) | $ 15,584.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Recession caused wife's income from real estate commissions to drop substantially. Commissions will double from
2009 in 2011 and thereafter with economic recovery

In re   Tri Trong Do & Lily Li Do Cai                                    Case No. _____
_____
**Debtor**                                                                              **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 5,617.00 |
|     a. Are real estate taxes included?          Yes _____  No ✓ | |
|     b. Is property insurance included?          Yes _____  No ✓ | |
| 2. Utilities: a. Electricity and heating fuel | $ 250.00 |
|           b. Water and sewer | $ 75.00 |
|           c. Telephone | $ 50.00 |
|           d. Other  cable/internet | $ 180.00 |
| 3. Home maintenance (repairs and upkeep) | $ 100.00 |
| 4. Food | $ 1,200.00 |
| 5. Clothing | $ 100.00 |
| 6. Laundry and dry cleaning | $ 35.00 |
| 7. Medical and dental expenses | $ 20.00 |
| 8. Transportation (not including car payments) | $ 750.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | $ 170.00 |
|           b. Life | $ 0.00 |
|           c. Health | $ 0.00 |
|           d. Auto | $ 290.00 |
|           e. Other _____ | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) _____ | $ 1,000.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto | $ 0.00 |
|           b. Other _____ | $ 0.00 |
|           c. Other _____ | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 5,433.00 |
| 17. Other          real property expenses | $ 7,760.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | **$ 23,130.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    In 2010 and thereafter wife will no longer have 1099 contractor expense of $48,000/yr. _____
_____
_____

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---|
|    a. Average monthly income from Line 15 of Schedule I (Includes spouse income of $6,077.00.  See Schedule I) | | $ 15,584.00 |
|    b. Average monthly expenses from Line 18 above | | $ 23,130.00 |
|    c. Monthly net income (a. minus b.)          (Net includes Debtor/Spouse combined Amounts) | | $ -7,546.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749  -  3301.5 - PDF-XChange 3.0

## Wife's income and expense from self employment

**Income:**

| | | |
|---|---|---|
| Arase | $ | 16,101.41 |
| MSI Development Inc. | $ | 15,265.44 |
| Jim Cai & Serena Chan | $ | 5,500.00 |
| Justin & Salina Lu | $ | 10,380.00 |
| Simon & Matthew San | $ | 13,300.00 |
| Bill Chen | $ | 2,755.00 |
| Tai & Yin Tham | $ | 9,625.00 |
| **Total:** | **$** | **72,926.85** |

**1099 Expense**

| | | |
|---|---|---|
| Home Buyers Alliance, Inc. | $ | 3,850.00 |
| Tai Tham | $ | 2,000.00 |
| Misty Allen | $ | 23,282.02 |
| Kelli Benitez | $ | 1,995.00 |
| Duong Lu | $ | 5,190.00 |
| Steve Goodell Inc. | $ | 9,530.73 |
| Kev Inc. | $ | 2,434.85 |
| **Total** | **$** | **48,282.60** |

**Expenses**

| | | |
|---|---|---|
| Advertising | $ | 720.00 |
| Car and Truck Expenses | $ | 4,479.05 |
| Liability Insurance | $ | 939.57 |
| Office Expense | $ | 825.84 |
| Legal and Professional Services | $ | 575.00 |
| Repairs and Maintenance | $ | 416.78 |
| Taxes and Licenses | $ | 325.00 |
| Travel | $ | 828.94 |
| Meals and Entertainments | $ | 1,620.30 |
| **Total** | **$** | **10,730.48** |

**Other expenses:**

| | | |
|---|---|---|
| Web Hosting/Website Design | $ | 367.93 |
| MLS | $ | 1,495.59 |
| Membership-Foreclsoure/REO | $ | 474.43 |
| DBA Filing-Prosperity RE & Financial Svcs | $ | 64.00 |
| Gifts | $ | 1,000.88 |
| Referral Fees | $ | 700.00 |

| | | | |
|---|---|---:|---|
| DMV Registration | $ | 247.00 | |
| Car Insurance | $ | 569.86 | |
| **Total** | **$** | **4,919.69** | |

**Utilities**

| | | | |
|---|---|---:|---|
| Security Alarm | $ | 276.00 | |
| Garbage | $ | 285.84 | |
| Cable | $ | 1,212.68 | |
| Water | $ | 857.25 | |
| PG&E | $ | 3,668.28 | |
| Office Phone | $ | 278.80 | |
| Total Utilities | $ | 6,300.05 | |
| **Total Utilities divided by 5** | **$** | **1,260.01** | |

| | | | |
|---|---|---:|---|
| **TOTAL ANNUAL EXPENSE** | $ | 65,192.78 | |
| **TOTAL ANNUAL INCOME** | **$** | **72,926.00** | |

| | | | |
|---|---|---:|---|
| Total Monthly Expenses | $ | 5,432.73 | |
| Total Monthly Income | $ | 6,077.17 | |

**Real Property Income and Expense Statement**

2544 Spindrift Circle, Hayward CA

| | | |
|---|---:|---:|
| rent | | 2895 |
| | | |
| first trust deed | 3700 | |
| second -avoid | 0 | |
| insurance | 76 | |
| prop tax | 684 | |
| utilities | 261 | |
| HOA | 38 | |
| garbage | 31 | |
| SUBTOTAL | 4790 | 2895 |
| NET INCOME | | -1895 |

| | | |
|---|---:|---:|
| 1609 Via Tovita, San Lorenzo CA | 1500 | |
| | | |
| rent | | 1500 |
| | | |
| first trust deed PIT | 2800 | |
| second- avoid | 0 | |
| insurance | 58 | |
| utilities | 12 | |
| HOA | 100 | |
| SUBTOTAL | 2970 | 1500 |
| NET INCOME | | -1470 |
| | | |
| TOTAL RENTS | | 4395 |
| TOTAL EXPENSE | 7760 | |

# United States Bankruptcy Court
### Northern District of California

In re ___Tri Trong Do & Lily Li Do Cai_____

_____
Debtor

Case No. _____

Chapter ____11____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 1,780,000.00 | | |
| B – Personal Property | YES | 4 | $ 148,350.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 2,825,461.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | $ 536,301.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 15,584.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 23,130.00 |
| **TOTAL** | | 22 | $ 1,928,350.00 | $ 3,361,762.00 | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 3301.5 - PDF-XChange 3.0

# United States Bankruptcy Court
### Northern District of California

In re    Tri Trong Do & Lily Li Do Cai           Case No. _____
          Debtor

          Chapter     11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 15,584.00 |
| Average Expenses (from Schedule J, Line 18) | $ 23,130.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 7,352.00 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 1,001,000.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 536,301.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 1,537,301.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 3301.5 - PDF-XChange 3.0

Tri Trong Do & Lily Li Do Cai

In re _____     Case No. _____
                        **Debtor**                                                         **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 24 _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  5/20/2010 _____     Signature:  /s/ Tri Trong Do _____
                                                                                                                    **Debtor:**

Date  5/20/2010 _____     Signature:  /s/ Lily Li Do Cai _____
                                                                                                              **(Joint Debtor, if any)**

                                                        [If joint case, both spouses must sign.]

-----------------------------------------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

      I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                         _____
Printed or Typed Name and Title, if any,                                            Social Security No.
of Bankruptcy Petition Preparer                                                          *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X _____                         _____
    Signature of Bankruptcy Petition Preparer                                            Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-----------------------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____                         Signature: _____

                                                                            _____
                                                                            [Print or type name of individual signing on behalf of debtor.]

-----------------------------------------------------------------------------------------------------------------------------------

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 3301.5 - PDF-XChange 3.0

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In Re  Tri Trong Do & Lily Li Do Cai                                    Case No. _____
                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

_____

**1.  Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|           | AMOUNT |                       SOURCE |
|-----------|--------|------------------------------|
| 2010(db)  | 80496  | Takeda Pharmeceutical        |
| 2009(db)  | 80000  | Takeda Pharmeceutical        |
| 2008(db)  | 78000  | Takeda Pharmeceutical        |
|           |        |                              |
| 2010(jdb) | 35000  | TLD Investments              |
| 2009(jdb) | 72926  | TLD Investments              |
| 2008(jdb) | 70000  | TLD Investments              |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 3301S - PDF-XChange 3.0

**2. Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                   SOURCE

---

**3. Payments to creditors**

None ☐

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None 

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 3301.5 - PDF-XChange 3.0

None

☐ *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Mei Lin Cai and Wing Wei Cai<br>29009 Rosecliff Lane<br>Hayward CA 94544<br>Relationship: Wife's parents | $600.00 | 10000 | 350000 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☒ a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None

☒ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None

☒ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 3301.5 - PDF-XChange 3.0

**6.  Assignments and Receiverships**

None ☒   a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒   b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None ☒        List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None ☒        List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749  -  33015 - PDF-XChange 3.0

**9. Payments related to debt counseling or bankruptcy**

None ☐      List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Robert C. Borris Jr., Esq. Robert C. Borris Jr., Esq. Law Offices 21550 Foothill Blvd Hayward, CA 94541 | 5/14/10 Payor: none | 10,000 plus 1039 filing fee |

**10. Other transfers**

None ☐    a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Toan Trong Do 86 Arundel Drive Hayward CA Relationship: Husband's brother | October 2008 | 2000 Acura TL auto. Mr. Do needed a car to attend employment and therefore Debtors made gift of a surplus vehicle. $5,000 FMV |

b.    List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None ☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.- ver. 4.5.4-749 - 33015 -PDF-XChange 3.0

**11. Closed financial accounts**

None ☒

      List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ☒

      List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒

      List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒

      List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 33015 - PDF-XChange 3.0

**None** ☐

**15. Prior address of debtor**

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 2544 Spindrift Circle Hayward CA | same as Debtors' names | Jan 2005- October 2007 |

**None** ☒

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

**None** ☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 3301.5 - PDF-XChange 3.0

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18. Nature, location and name of business**

None
☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| TLD Investments, aka Prosperity Real Estate and Financial Services | 94-XXXXX5434 | Debtors' residence | Real Estate Brokerage | 9/2006 |
| My Love Bridal | unknown | debtors and sisters' residence | bridal ceremony articles sales | 7/08-7/09 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc... ver. 4.5.4-749 - 3301.5 - PDF-XChange 3.0

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

NAME                                                                    ADDRESS

# [Questions 19 - 25 are not applicable to this case]

*    *    *    *    *    *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    5/20/2010                          Signature          /s/ Tri Trong Do
                                           of Debtor
                                                              TRI TRONG DO

Date    5/20/2010                          Signature          /s/ Lily Li Do Cai
                                           of Joint Debtor
                                                              LILY LI DO CAI

                             0     continuation sheets attached

**Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571**

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749  -  3301-5 - PDF-XChange 3.0

America's Servicing Company
1 Home Campus
Des Moines IA 50328


AMEX
PO BOX 297871
FORT LAUDERDALE, FL 33329


Bank of America
PO Box 15710
Wilmington DE 19850


BANK OF AMERICA
PO BOX 1598
NORFOLK, VA 23501


Bank of Stockton
301 East Miner Avenue
Stockton, CA 95201


BMW FINANCIAL SERVICES
5515 PARKCENTER CIR
DUBLIN, OH 43017


BMW FINANCIAL SERVICES
5515 PARKCENTER CIR
DUBLIN, OH 43017


BMW of North America, LLC
300 Chestnut Ridge Road
Woodcliff Lake, NJ 07677-7731


CAP ONE
PO BOX 85520
RICHMOND, VA 23285


CHASE
PO BOX 15298
WILMINGTON, DE 19850

```
CHASE
PO BOX 15298
WILMINGTON, DE 19850


CHASE
PO BOX 15298
WILMINGTON, DE 19850


CHASE
PO BOX 901039
FORT WORTH, TX 76101


Chase
PO Box 94014
Palatine IL 60094


Chase Home Finance LLC
P.O. Box 99999
Any City, ST 99999-9999


Chase Home Finance LLC
P.O. Box 99999
Any City, ST 99999-9999


Chase Home Finance LLC
P.O. Box 99999
Any City, ST 99999-9999


CITI
PO BOX 6241
SIOUX FALLS, SD 57117


CITI CARDS
PO BOX 6497
SIOUX FALLS, SD 57117


CSLF/AFSA
501 BLEECKER ST  FUNDIN
UTICA, NY 13501-2498
```

```
DISCOVER FIN SVCS LLC
PO BOX 15316
WILMINGTON, DE 19850


DISCOVER FIN SVCS LLC
PO BOX 15316
WILMINGTON, DE 19850


DISCOVER FIN SVCS LLC
PO BOX 15316
WILMINGTON, DE 19850


DSNB BLOOM
PO BOX 8218
MASON, OH 45040


FEB/FRYS
280 W 10200 S STE 200
SANDY, UT 84070


FST USA BK B
PO BOX 8650
WILMINGTON, DE 19899


GEMB/BANANA REP
PO BOX 981400
EL PASO, TX 79998


GEMB/MERVYNS
PO BOX 981400
EL PASO, TX 79998


GREEN POINT SAVINGS
4160 MAIN ST
FLUSHING, NY 11355


HSBC BANK
PO BOX 5253
CAROL STREAM, IL 60197
```

```
HSBC/RS
POB 15521
WILMINGTON, DE 19805


Jim Cai


MCYDSNB
9111 DUKE BLVD
MASON, OH 45040


MCYDSNB
9111 DUKE BLVD
MASON, OH 45040


MCYDSNB
9111 DUKE BLVD
MASON, OH 45040


Mei Lin Cai and Wing Wei Cai
29009 Rosecliff Lane
Hayward CA 94544


NELNET LOANS
6420 SOUTHPOINT PKWY
JACKSONVILLE, FL 32216


NELNET LOANS
6420 SOUTHPOINT PKWY
JACKSONVILLE, FL 32216


San Duong and Cung Vam Do


Sang Duong


Sang Duong


UNVL/CITI
PO BOX 6241
SIOUX FALLS, SD 57117
```

```
US DEPT OF EDUCATION
PO BOX 5609
GREENVILLE, TX 75403


VISDSNB
9111 DUKE BLVD
MASON, OH 45040


WELLS FARGO BANK
PO BOX 5445
PORTLAND, OR 97228


WELLS FARGO BANK N A
PO BOX 31557
BILLINGS, MT 59107


WELLS FARGO BANK N A
PO BOX 31557
BILLINGS, MT 59107


WELLS FARGO BANK NV NA
PO BOX 31557
BILLINGS, MT 59107


WELLS FARGO BANK NV NA
PO BOX 94435
ALBUQUERQUE, NM 87199


Wells Fargo Home Mortgage
540 California Street
San Francisco, CA 94104
```

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re    Tri Trong Do & Lily Li Do Cai          ,

                             Debtor

Case No. _____

Chapter     11

## VERIFICATION OF LIST OF CREDITORS

     I hereby certify under penalty of perjury that the attached List of Creditors which consists of 5 pages, is true, correct and complete to the best of my knowledge.

Date    5/20/2010

Signature of Debtor      /s/ Tri Trong Do

                                 TRI TRONG DO

Date    5/20/2010

Signature of Joint Debtor      /s/ Lily Li Do Cai

                                 LILY LI DO CAI

Robert C. Borris Jr., Esq.
Robert C. Borris Jr.,
Esq. Law Offices
21550 Foothill Blvd
Hayward, CA 94541
510 581 7111
510 582 6729

**STATEMENT OF SOCIAL SECURITY NUMBER(S) OR
INDIVIDUAL TAXPAYER IDENTIFICATION NUMBER (ITIN)**

# United States Bankruptcy Court
### Northern District of California

In re____Tri Trong Do & Lily Li Do Cai_____,   )
                                                                                                       )
aka Lily Cai Do, Lily Cai, TLD Investments, Inc., My Love  )
Bridal                                                                                            )
    *[Set forth here all names including married,maiden, and trade names used*  )
    *by debtor within last 8 years.]*                                                      )
                                                                      Debtor          )        Case No. _____
                                                                                                       )
Address_86 Arundel Drive_____   )
                                                                                                       )
         Hayward, CA 94542_____   )        Chapter ____11____
                                                                                                       )
Last four digits of Social Security or Individual Taxpayer        )
Indentification (ITIN) No(s)., (if any):_____   )
 3118      spouse: 4068_____   )
Employer Tax Identification (EIN) No(s). (if any)_____   )
_____   )

**STATEMENT OF SOCIAL SECURITY NUMBER(S)**
*(or other Individual Taxpayer Identification Number(s) (ITIN(s))*

1. Name of Debtor (Last, First, Middle):____Do, Tri Trong_____
*(Check the appropriate box and, if applicable, provide the required information.)*

☑  Debtor has a Social Security Number and it is : _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_____
        *(If more than one, state all.)*

☐  Debtor does not have a Social Security Number but has an Individual Taxpayer Identification
        Number (ITIN),  and it is :_____
                *(If more than one, state all.)*

☐  Debtor does not have either a Social Security Number or an Individual Taxpayer Identification
        Number (ITIN).

2. Name of Joint Debtor (Last, First, Middle):____Cai, Lily Li Do_____
*(Check the appropriate box and, if applicable, provide the required information.)*

☑  Joint Debtor has a Social Security Number and it is : _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_____
        *(If more than one, state all.)*

☐  Joint Debtor does not have a Social Security Number but has an Individual Taxpayer Identification
        Number (ITIN),  and it is :_____
                *(If more than one, state all.)*

☐  Joint Debtor does not have either a Social Security Number or an Individual Taxpayer Identification
        Number (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.

X _/s/ Tri Trong Do_____        _5/20/2010_____
                Signature of Debtor                                        Date

X _/s/ Lily Li Do Cai_____        _5/20/2010_____
                Signature of Joint Debtor                                Date

*Joint debtors must provide information for both spouses.*
*Penalty for making a false statement:  Fine of up to $250,000 or up to 5 years imprisonment or both.  18 U.S.C. §§ 152
and 3571.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.-- ver.4.5.4-749 - 3301.5 -PDF-XChange 3.0

# United States Bankruptcy Court
## Northern District of California

In re   Tri Trong Do & Lily Li Do Cai

Case No. _____

Chapter   _____11_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ..............................…………………………..... $   10,000.00

Prior to the filing of this statement I have received ...........………………............... $   10,000.00

Balance Due ................................................................................................................ $     0.00

2.    The source of compensation paid to me was:

    ☑ Debtor         ☐ Other (specify)

3.    The source of compensation to be paid to me is:

    ☑ Debtor         ☐ Other (specify)

4.  ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:
523, 727 actions

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

5/20/2010
_____
*Date*

/s/ Robert C. Borris Jr., Esq.
_____
*Signature of Attorney*

Robert C. Borris Jr., Esq. Law Offices
_____
*Name of law firm*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 33015 - PDF-XChange 3.0

In re **Tri Trong Do & Lily Li Do Cai**

_Debtor(s)_

Case Number: _____

_(If known)_

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedule I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| Part I. CALCULATION OF CURRENT MONTHLY INCOME |||||
|---|---|---|---|---|
| 1 | Marital/filing status. Check the box that applies and complete the balance of this part of this statement as directed.<br> a. ☐ Unmarried. Complete only Column A ("Debtor's Income") for Lines 2-10.<br> b. ☐ Married, not filing jointly. Complete only Column A ("Debtor's Income") for Lines 2-10.<br> c. ☑ Married, filing jointly. Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10. |||||
| | All figures must reflect average monthly income received from all sources, derived during the the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you divide the six-month total by six, and enter the result on the appropriate line. | | | Column A Debtor's Income | Column B Spouse's Income |
| 2 | Gross wages, salary, tips, bonuses, overtime, commissions. ||| $ 6,708.00 | $ 0.00 |
| 3 | Net income from the operation of a business, profession or farm. Subtract Line b from Line a and enter the difference on Line 3. If more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.<br><table><tr><td>a.</td><td>Gross receipts</td><td>$ 6,077.00</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$ 5,433.00</td></tr><tr><td>c.</td><td>Business Income</td><td>Subtract Line b from Line a</td></tr></table> ||| $ 0.00 | $ 644.00 |
| 4 | Rents and other real property income. Subtract Line b from Line a and enter the difference on Line 4. Do not enter a number less than zero.<br><table><tr><td>a.</td><td>Gross receipts</td><td>$ 4,395.00</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$ 7,760.00</td></tr><tr><td>c.</td><td>Business Income</td><td>Subtract Line b from Line a</td></tr></table> ||| $ 0.00 | $ 0.00 |
| 5 | Interest, dividends and royalties. ||| $ 0.00 | $ 0.00 |
| 6 | Pension and retirement income. ||| $ 0.00 | $ 0.00 |
| 7 | Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose. Do not include alimony or separate maintenance payments or amounts paid by the the debtor's spouse if Column B is completed. ||| $ 0.00 | $ 0.00 |
| 8 | Unemployment compensation. Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><table><tr><td>Unemployment compensation claimed to be a benefit under the Social Security Act</td><td>Debtor $ 0.00</td><td>Spouse $ 0.00</td></tr></table> ||| $ 0.00 | $ 0.00 |

| 9 | Income from all other sources. If necessary, list additional sources on a separate page. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. Specify source and amount. | | | |
|---|---|---|---|---|
| | a. | $   0.00 | | |
| | b. | $   0.00 | | |
| | Total and enter on Line 9 | | $   0.00 | $   0.00 |
| 10 | Subtotal of current monthly income. Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | | $   6,708.00 | $   644.00 |
| 11 | Total Current Monthly. If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | | $   7,352.00 | |

### Part VIII: VERIFICATION

| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* |
|---|---|
| | Date: 5/20/2010     Signature: /s/ Tri Trong Do |
| | (Debtor) |
| | Date: 5/20/2010     Signature: /s/ Lily Li Do Cai |
| | (Joint Debtor, if any) |