Entered on Docket
November 30, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: November 23, 2011

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

ROBERT C. BORRIS JR., ESQ. #85415
21550 Foothill Blvd
Hayward, CA 94541
(510) 581 7111 Fax 582 6729
rborrisjr@aol.com

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re

TRI TRONG DO & LILY CAI DO

    Debtors

) **Chapter 11 N0 10-45900**
)
) **ORDER VALUING SECURED**
) **CLAIM AND AVOIDING LIEN**

**ORDER VALUING LIEN OF JP MORGAN CHASE BANK (NA)**

On **April 27, 2011**, Debtors filed a motion to value the lien of **JP MORGAN CHASE BANK NA** recorded against the Debtors' real property commonly known as **86 Arundel Drive, Hayward, California** recorded on or about **12/31/2007** as Alameda County Recorder's Office document **#2007435379** (hereinafter the "Lien").

The court finds that notice of the motion upon JP Morgan Chase Bank was proper. Said creditor having failed to file timely opposition to Debtors' motion, the court hereby

orders as follows:

(1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, JP Morgan Chase Bank does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtors' confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtors' chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by JP Morgan Chase Bank, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

End of Order

| | |
|---|---|
| 1 | Court Service List |
| 2 | |

JP Morgan Chase Bank
CT Corporation System
818 WEST SEVENTH STREET
Los Angeles, CA 90017

JP Morgan Chase Bank
Authorized Officer
1111 Polaris Parkway
Columbus, Ohio 43240