ROBERT C. BORRIS JR., ESQ. #85415
21550 Foothill Blvd
Hayward, CA 94541
(510) 581 7111 Fax 582 6729
rborrisjr@aol.com

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re: | ) | **Chapter 11 N0 10-45900** |
|---|---|---|
| | ) | |
| TRI TRONG DO & LILY CAI DO | ) | **April 12, 2012 @ 10:30 AM** |
| | ) | **Courtroom 215** |
| Debtor | ) | **Judge M. Elaine Hammond** |
| | ) | |
| | ) | |
| | ) | |

## BALLOT TABULATION

I, Robert C. Borris Jr., Esq., counsel of record for Debtors, declare under penalty of perjury under the laws of the United States as follows:

I hereby submit copies of each ballot received as of 5:00 p.m. on or before the Ballot Filing Bar Date, together with a Ballot Tabulation showing the acceptances and rejections, in number and dollar amount, for each impaired class.

1

## SUMMARY

**Creditors in Classes 9 & 10** comprised of **unsecured claims without priority**, voting in this case:

| | | |
|---|---|---|
| **Discover/Bank Financial Services**: | **accepted** for | $13,901.87 |
| **American Express Centurion Bank** | **accepted** for | $ 274.76[1] |
| **American Express Centurion Bank** | **accepted** for | $ 232.76[2] |
| **Wells Fargo Card Services** | **accepted for** | $19,636.34 |
| TOTAL | | $34,045.73 |

No Creditors in Classes 1 through 8 submitted votes.

## PROVE UP IN SUPPORT OF CONFIRMATION OF PLAN (11 USC 1129)

1. The Plan complies with the applicable provisions of Bankruptcy Code Section 1129;

2. The Proponent of the Plan complies with the applicable provisions of Title 11, Bankruptcy Code Section 1129;

3. The Plan has been proposed in good faith and not by any means forbidden by

---

[1] Convenience Class 10

[2] Convenience Class 10

law.

4. Any payment made or to be made by the proponents, by the Debtors, or by a person issuing securities or acquiring property under the plan, for services or for costs and expenses in or in connection with the case or in connection with the plan and incident to the case has been approved by, or is subject to the approval of, the court as reasonable.

5. With respect to each impaired class of claims or interests: (1) Each holder of a claim or interest of such class has (a) accepted the Plan or (b) will receive or retain under the plan on account of such claim or interest property of a value, as of the effective date of the plan, that is not less than the amount that such holder would so receive or retain if the debtor were liquidated under chapter 7 of this title.

6.The Debtors have paid all administrative fees pursuant to Bankruptcy Code Section 1930, in full. Debtors are current in their filing of Monthly Operating Reports.

April 7, 2012

/s/ ROBERT C. BORRIS JR., ESQ.
Attorney for Debtors

## COURT SERVICE LIST

Office of the United States Trustee
ATTN: Matthew Kretzer, Esq.
1301 Clay Street 690N
Oakland CA 94612

# Form 14. BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

Debtors **TRI TRONG DO & LILY CAI DO** filed a **sixth (6th) amended Plan of Reorganization** on **February 7, 2012** (the "Plan") in this case. The Court has approved a Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Robert C. Borris Jr., Esq., attorney for the Debtors, 21550 Foothill Blvd, Hayward, California 94541 (510) 581 7111 rborrisjr@aol.com . Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim/equity interest has been placed in one of the 10 Classes under the Plan & Disclosure Statement (attached hereto). If you hold claims or equity interest in more than one class, you will receive a ballot for each class in which you are entitled to vote.

*If your ballot is not received by Robert C. Borris Jr., Esq., 21550 Foothill Blvd, Hayward, California 94541 (510) 581 7111 on or before **April 10, 2012** and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.*

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class __9__ claim against the Debtor in the unpaid amount of $ __19,636.34__ :

[X] ACCEPTS THE PLAN         [ ] REJECTS THE PLAN

Dated: 3/28/12

Print or type name: Janet Samuelson

Signature: Janet Samuelson

Title (if corporation or partnership): Bankruptcy Specialist
Wells Fargo Card Services

Address: PO Box 9210 Des Moines IA 50306

**RETURN THIS BALLOT TO:**

**ROBERT C. BORRIS JR., Esq.**
Bar #85415
21550 Foothill Boulevard, Second Floor
Hayward, California 94541
(510) 581-7111 Facsimile (510) 582-6729
Cell (510) 410-3789
www.lawofficesofrobertcborris.com
Rborrisjr@aol.com
Attorney at Law

## Form 14. BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

Debtors **TRI TRONG DO & LILY CAI DO** filed a **sixth (6th) amended Plan of Reorganization** on **February 7, 2012** (the "Plan") in this case. The Court has approved a Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Robert C. Borris Jr., Esq., attorney for the Debtors, 21550 Foothill Blvd, Hayward, California 94541 (510) 581 7111 rborrisjr@aol.com . Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim/equity interest has been placed in one of the 10 Classes under the Plan & Disclosure Statement (attached hereto). If you hold claims or equity interest in more than one class, you will receive a ballot for each class in which you are entitled to vote.

*If your ballot is not received by Robert C. Borris Jr., Esq., 21550 Foothill Blvd, Hayward, California 94541 (510) 581 7111 on or before **April 10, 2012** and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.*

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class __10__ claim against the Debtor in the unpaid amount of $ 232.76 : Account: XXXXXXXXXX1006

[X] ACCEPTS THE PLAN   [ ] REJECTS THE PLAN

Dated: March 29, 2012

Print or type name: American Express Bank, FSB

Signature: _____
Kenneth W. Kleppinger

Title (if corporation or partnership): Attorneys/Agent for creditor

Address: c/o Becket & Lee LLP, PO Box 3001, Malvern, PA 19355

**RETURN THIS BALLOT TO:**

**ROBERT C. BORRIS JR., Esq.**
Bar #85415
21550 Foothill Boulevard, Second Floor
Hayward, California 94541
(510) 581-7111  Facsimile (510) 582-6729
Cell (510) 410-3789
www.lawofficesofrobertcborris.com
Rborrisjr@aol.com

Attorney at Law

**Form 14. BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

Debtors **TRI TRONG DO & LILY CAI DO** filed a **sixth (6th) amended Plan of Reorganization** on **February 7, 2012** (the "Plan") in this case. The Court has approved a Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Robert C. Borris Jr., Esq., attorney for the Debtors, 21550 Foothill Blvd, Hayward, California 94541 (510) 581 7111 rborrisjr@aol.com . Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim/equity interest has been placed in one of the 10 Classes under the Plan & Disclosure Statement (attached hereto). If you hold claims or equity interest in more than one class, you will receive a ballot for each class in which you are entitled to vote.

*If your ballot is not received by Robert C. Borris Jr., Esq., 21550 Foothill Blvd, Hayward, California 94541 (510) 581 7111 on or before **April 10, 2012** and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.*

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

**ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned, the holder of a Class __10__ claim against the Debtor in the unpaid amount of $ __274.76__ : Account: XXXXXXXXXX1000

[X] ACCEPTS THE PLAN     [ ] REJECTS THE PLAN

Dated: March 29, 2012

Print or type name: American Express Centurion Bank

Signature: _____
Kenneth W. Kleppinger

Title (if corporation or partnership): Attorneys/Agent for creditor

Address: c/o Becket & Lee LLP, PO Box 3001, Malvern, PA 19355

**RETURN THIS BALLOT TO:**

**ROBERT C. BORRIS JR., Esq.**
Bar #85415

21550 Foothill Boulevard, Second Floor
Hayward, California 94541
(510) 581-7111 Facsimile (510) 582-6729
Cell (510) 410-3789
www.lawofficesofrobertcborris.com
Rborrisjr@aol.com

Attorney at Law

# Form 14. BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

Debtors **TRI TRONG DO & LILY CAI DO** filed a **sixth (6th) amended Plan of Reorganization** on **February 7, 2012** (the "Plan") in this case. The Court has approved a Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Robert C. Borris Jr., Esq., attorney for the Debtors, 21550 Foothill Blvd, Hayward, California 94541 (510) 581 7111 rborrisjr@aol.com . Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim/equity interest has been placed in one of the 10 Classes under the Plan & Disclosure Statement (attached hereto). If you hold claims or equity interest in more than one class, you will receive a ballot for each class in which you are entitled to vote.

*If your ballot is not received by Robert C. Borris Jr., Esq., 21550 Foothill Blvd, Hayward, California 94541 (510) 581 7111 on or before **April 10, 2012** and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.*

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class __9__ claim against the Debtor in the unpaid amount of $ __13,901.87__ :

[✓] ACCEPTS THE PLAN          [ ] REJECTS THE PLAN

Dated: 3/28/12

Print or type name: Alphonsine Rutoneska

Signature: Alphonsine Rutoneska

Title (if corporation or partnership): Bankruptcy Rep.

Address: Discover Bank P.O. Box 3025 New Albany, OH 43054

**RETURN THIS BALLOT TO:**

**ROBERT C. BORRIS JR., Esq.**
Bar #85415
21550 Foothill Boulevard, Second Floor
Hayward, California 94541
(510) 581-7111 Facsimile (510) 582-6729
Cell (510) 410-3789
www.lawofficesofrobertcborris.com
Rborrisjr@aol.com
Attorney at Law