ROBERT C. BORRIS JR., ESQ. #85415
21550 Foothill Blvd
Hayward, CA 94541
(510) 581 7111 Fax 582 6729
rborrisjr@aol.com

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | **Chapter 11 N0 10-45900** |
| TRI TRONG DO & LILY CAI DO | **April 12, 2012 @ 10:30 AM** |
| Debtor | **Courtroom 215** |
| | **Judge M. Elaine Hammond** |

**FIRST AMENDED DECLARATION OF DEBTORS REGARDING BALLOT TABULATION AND IN SUPPORT OF CONFIRMATION OF CHAPTER 11 PLAN**

We, TRI TRONG DO &* LILY CAI DO, Debtors, declare under penalty of perjury under the laws of the United States as follows:

1. We filed a Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code on **May 21, 2010.** Since the commencement of our case, we have managed the

1

financial affairs as a debtor and debtor in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2. We have read the Ballot Summary in support of the confirmation of the Plan and agree with the facts as set forth therein, as well as all facts and/or statements set forth in the documents which are not specifically set forth in this declaration.

3. The Ballot Summary sets forth copies of each ballot received as of 5:00 p.m. on or before the **Ballot Filing Bar Date, April 5, 2012**, together with a Ballot Tabulation showing the acceptances and rejections, in number and dollar amount, for each impaired class. There were four (4) acceptances from classes 9 and 10 totaling **$34,045.73**. In this case, the Plan provides for the same treatment for each claim or interest in each particular class. Only classes 9 and 10 were impaired, and no rejections were received from any creditor in any class.

4. The Plan complies with the applicable provisions of Bankruptcy Code Section 1129.

5. The Proponents of the Plan comply with the applicable provisions of Title 11, Bankruptcy Code Section 1129.

6. The Plan has been proposed in good faith and not by any means forbidden by law.

7. The Plan is feasible with respect to secured and unsecured creditors of this

estate and we will have enough cash over the life of the Plan to make the required Plan payments based on our projected financial information provided in the 3d Amended Disclosure Statement.

8. Our Plan does not contemplate the issuance of securities.

9. We do not provide for use of retiree benefits in the Plan.

10. The Plan does not provide for any rate changes.

11. We did not solicit acceptances of the Plan prior to the transmittal of the Disclosure Statement and the Plan to each holder of a claim or interest.

12. Any payment made or to be made by the proponents, by the Debtors, or by a person issuing securities or acquiring property under the plan, for services or for costs and expenses in or in connection with the case or in connection with the plan and incident to the case has been approved by, or is subject to the approval of, the court as reasonable.

13. With respect to each impaired class of claims or interests: (1) Each holder of a claim or interest of such class has (a) accepted the Plan or (b) will receive or retain under the plan on account of such claim or interest property of a value, as of the effective date of the plan, that is not less than the amount that such holder would so receive or retain if the debtor were liquidated under chapter 7 of this title.

14. We have paid all administrative fees pursuant to Bankruptcy Code Section

1930, in full. Debtors are current in their filing of Monthly Operating Reports.

April 16, 2012

/s/ Tri Trong Do

/s/ Lily Cai Do

Debtors

<u>COURT SERVICE LIST</u>

Office of the United States Trustee
ATTN: Matthew Kretzer, Esq.
1301 Clay Street 690N
Oakland CA 94612