Entered on Docket
April 27, 2012
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT C. BORRIS JR., ESQ. #85415
21550 Foothill Blvd
Hayward, CA 94541
(510) 581 7111 Fax 582 6729
rborrisjr@aol.com

The following constitutes
the order of the court. Signed April 27, 2012

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                    ) **Chapter 11 N0 10-45900**
                                          )
TRI TRONG DO & LILY CAI DO                ) **April 12, 2012 @ 10:30 AM**
                                          ) **Courtroom 215**
        Debtor                            ) **Judge M. Elaine Hammond**
                                          )
                                          )
                                          )

### ORDER CONFIRMING SIXTH AMENDED CHAPTER 11 PLAN

The request of Debtors for approval and confirmation of their Sixth Amended Plan of Reorganization ("Plan"), pursuant to Chapter 11 of the United States Bankruptcy Code came on regularly for hearing on April 12, 2012. For the reasons stated on the record the Court makes the following Findings and Order:

1. Creditors have been duly noticed;

2. The 6th Amended Plan has been accepted in writing by each class of creditors

1

whose acceptance is required by law;

3. The Plan complies with the applicable provisions of Bankruptcy Code Section 1129.

4. The Proponents of the Plan comply with the applicable provisions of Bankruptcy Code Section 1129.

5. The Plan has been proposed in good faith and not by any means forbidden by law;

6. With respect to each impaired class of claims or interests: (1) Each holder of a claim or interest of such class has (a) accepted the Plan or (b) will receive or retain under the plan on account of such claim or interest property of a value, as of the effective date of the plan, that is not less than the amount that such holder would so receive or retain if the debtor were liquidated under chapter 7 of this title.

7. The 6th Amended Plan has been accepted, in number and in amount, by a creditor of an impaired class

End of Order

| | |
|---|---|
| 1 | <u>COURT SERVICE LIST</u> |
| 2 | |
| 3 | Office of the United States Trustee |
| 4 | ATTN: Matthew Kretzer, Esq. |
| 5 | 1301 Clay Street 690N |
|   | Oakland CA 94612 |