ROBERT C. BORRIS JR., ESQ. #85415
21550 Foothill Blvd
Hayward, CA 94541
(510) 581 7111 Fax 582 6729
rborrisjr@aol.com

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>TRI TRONG DO & LILY CAI DO<br><br>Debtor | **Chapter 11 N0 10-45900**<br><br>**1ST AMENDED APPLICATION FOR ALLOWANCE OF COMPENSATION TO COUNSEL FOR DEBTORS AND CLOSING OF CHAPTER 11 CASE**<br><br>**Date: July 10, 2014**<br>**Time: 10:30 AM**<br>**Department 215** |

ROBERT C. BORRIS JR., ESQ. hereby makes his APPLICATION FOR ALLOWANCE OF COMPENSATION TO COUNSEL FOR DEBTORS for the allowance and payment of his attorney's fees as counsel for Debtors TRI TRONG DO & LILY CAI DO and an ORDER CLOSING THE CHAPTER 11 CASE. In support of this Application, Robert C. Borris Jr., Esq. states as follows:

1. On May 21, 2010 (the "Petition Date"), TRI TRONG DO & LILY CAI DO (the "Debtors") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code.

2. On June 2, 2010, this Court entered an Order authorizing the employment of Robert C. Borris Jr., Esq. as counsel for the Debtors.

3. Robert C. Borris Jr., Esq. makes this Application pursuant to 11 U.S.C. §331 for services in assisting the Debtors in management of the Bankruptcy Case, handling of claims, and assistance of the Debtors as Debtors-in-Possession.

4. In the course of his representation of the Debtors during the period from May 21, 2010 through December 31, 2012 ("Case Period"), Robert C. Borris Jr., Esq. has performed a variety of services, all of which are described in detail in the billing statement attached as Exhibit "A". The services performed for and on behalf of the Debtors during the Case Period were billed at the rate of $250.00 per hour are limited to some of the following categories:

   a. Case Administration: This category includes accumulation of information and preparation of petition, schedules, attendant documents, pleadings, notices, assembly of documents, appearances at Initial Debtor Interview, 341 Meeting of Creditors, Status Conferences.

   b. Handling of Cash Collateral Issues: This category includes preparation of cash collateral motions, notices, certificates of service, correspondence with creditors and creditors' attorneys, appearance at hearings, and preparation of orders There were no cash collateral issues in this case with any creditor.

   c. Management of Claims: This category includes review of claims filed in this Bankruptcy Case, reviewing claims with Debtors, and discussion with Creditors

**Application for Compensation for Counsel for Debtors** Page 2

regarding submission of loan modification applications with Chase Bank.

    d. <u>Monthly Operating Reports</u>: This category includes accumulation of information for and preparation of Monthly Operating Reports as they become due, review of bank statements, and calculation of monthly income and expenses of the bankruptcy estate.

    e. <u>Fee/Employment Applications</u>: This category includes preparation of employment and fee applications.

    f. <u>Motion for Relief from Stay</u>: This category includes handling of motions for relief from stay including correspondence with creditor's attorney, settling of arrears due, and appearance at the hearing. There were no such motions in this case as the Debtors maintained a good rapport with their secured creditors.

    5. As a result of Robert C. Borris Jr., Esq's efforts, the Debtors were able to have a Plan confirmed on April 27, 2012, retain their home with an attractive loan modification from Chase Bank, and retain an income-generating property. The Debtors were able to retain most of their vehicles. The upturn in the real estate market has enabled Lily Do, who is a real estate broker, to be able to recover from the 2007 Recession and assist her husband (a pharmaceutical company engineer) in making what are now manageable Plan payments.

    6. During the Case Period, Robert C. Borris Jr., Esq. expended a total of 92.91 hours, the value of which is calculated in accordance with the attorney hourly rate as specified in the Legal Services Agreement ($250.00/hour) is $23,227.50. Exhibit "A" sets out specific itemized descriptions of Fees and Expenses provided and incurred by the Applicant throughout the Case Period, describing such services and costs.

    7. Prior to the filing of the Petition, Robert C. Borris Jr., Esq. received a payment from the Debtors in the amount of <u>$11,039.00</u>, of which <u>$1,039.00</u> was used to pay the Chapter 11

filing fee. The remaining amount of $10,000.00 has been applied to services rendered within the Case Period. On November 28, 2012 Robert C. Borris Jr., Esq. received a payment from the Debtors and waives the remaining balance of $8,397.66 leaving a balance of $ -0-.

8. Robert C. Borris Jr., Esq. seeks entry of an order by the Court approving allowance of Compensation of Fees of $23,227.50 as set forth in this Application.

9. Since the Confirmation of this Chapter 11 Plan on April 27, 2012 the Debtors have been current in paying their financial obligations thereunder, including a monthly dividend to unsecured creditors @ $3,013.00. This Plan will be completed after payment of sixty (60) monthly installments of the aforesaid and performance of the remaining secured obligations which will occur approximately on April 27, 2017. The Debtors desire to avoid further quarterly installments to the Office of the US Trustee and therefore request that this case be closed prior to the completion date, accordingly.

WHEREFORE, Robert C. Borris Jr., Esq. respectfully requests that this Court grant him all just and proper relief on the Application and that this Chapter 11 be closed prior to Plan completion, scheduled in 2017.

June 5, 2014

/s/ Robert C. Borris Jr., Esq.
Counsel for Debtors

| Date | Description | Hours | Total |
|---|---|---|---|
| 1/18/2010 | Consultation with Lily Do and Cai Do in primary drafting of schedules | 3.33 | 833.33 |
| 5/11/2010 | Payment of Initial Retainer and Costs | | -11,039.00 |
| 5/12/2010 | Initial meeting with clients in discussion of proceedings | 1.50 | 375.00 |
| 5/21/2010 | Filing fee, US Bankruptcy Court for Chapter 11 | | 1,039.00 |
| 5/22/2010 | Complete drafting of schedules (7.0 hrs), download credit report (.5 hrs), draft motions for employment and upload filing into ECF (3.33 hrs) | 10.83 | 2,708.33 |
| 6/12/2010 | Draft Status Conference Statement for upcoming conference | 1.00 | 250.00 |
| 6/14/2010 | Attend Debtor Interview & 341 Meeting of Creditors @ US Trustee's office | 3.75 | 937.50 |
| 6/18/2010 | Forward MORS to clients together with instructions | 0.67 | 166.67 |
| 6/19/2010 | Review Monthly Operating Report for May 2010 and file w/ court | 0.75 | 187.50 |
| 6/25/2010 | Appearance in Dept 215 for Status Conference; set deadline for Plan | 2.25 | 562.50 |
| 7/14/2010 | Review Order following Status Conference and calendar | 0.27 | 66.67 |
| 9/7/2010 | Review and file MORs for June and July | 0.58 | 145.83 |
| 9/23/2010 | Review and file MOR for August 2010 | 0.27 | 66.67 |
| 1/27/2011 | Draft Initial Plan and Disclosure Statement | 12.00 | 3,000.00 |
| 1/31/2011 | Consultation with client in review of Plan and Disclosure Statement and review of creditor's claims | 2.00 | 500.00 |
| 2/9/2011 | Review Motion of US Trustee re Conversion and discuss with client | 1.00 | 250.00 |
| 2/17/2011 | Draft Response to Motion to Convert | 2.58 | 645.83 |
| 2/21/2011 | Draft Declaration of Debtors re payment of quarterly fees; upload together with Response to Motion to Convert | 0.92 | 229.17 |
| 2/21/2011 | Edit and file Plan and Disclosure Statement; upload to ECF | 0.58 | 145.83 |
| 2/21/2011 | Review and upload MORs for September, October, November, December | 1.00 | 250.00 |
| 2/25/2011 | Review and file MOR for January 2011 | 0.25 | 62.50 |
| 2/27/2011 | File/upload First Amended Disclosure Statement to ECF | 0.25 | 62.50 |
| 3/8/2011 | Contact clerk to calendar hearing on Disclosure Statement; Prepare notice and upload to ECF | 1.00 | 250.00 |
| 3/8/2011 | Upload to ECF Notice of Hearing on Disclosure Statement | 0.25 | 62.50 |
| 3/10/2011 | Continue hearing on Motion to Convert to 4/21/2011 in order to have court to conduct hearing on Disclosure Statement at same time | 0.33 | 83.33 |
| 3/23/2011 | Review and file Mor for February 2011 | 0.27 | 66.67 |
| 4/14/2011 | Review and file MOR for March 2011 | 0.25 | 62.50 |
| 4/16/2011 | Draft First Amended Disclosure Statement | 2.83 | 708.33 |
| 4/20/2011 | Review and file MOR for March 2011 | 0.00 | 0.00 |
| 4/20/2011 | Review Objection to Disclosure Statement filed by US Trustee Kraetzer | 0.75 | 187.50 |
| 4/21/2011 | Appearance in Dept 215; hearing continued to 4/28/2011 on record | 1.75 | 437.50 |
| 4/23/2011 | Draft three (3) Motions to Avoid Liens held by Chase Home Finance on Debtors' properties; upload to ECF with Notices of Opportunity | 3.33 | 833.33 |

| Date | Description | Hours | Total |
|---|---|---|---|
| 4/28/2011 | Appearance in Dept 215 for hearing on First Amended Disclosure Statement and Chapter 11 Plan; Disclosure Statement as amended is conditionally accepted by US Trustee; Court sets date for Confirmation as 6/30/2011 with bar date of 6/23/2011 for filing of objections | 2.42 | 604.17 |
| 6/5/2011 | Review and file MOR for April 2011 | 0.25 | 62.50 |
| 6/22/2011 | Phone conf w/ Mat Kraetzer of US Trustee re amendments to Disclosure Statement and Chapter 11 Plan | 0.30 | 75.00 |
| 6/22/2011 | Review and file MOR for May 2011 | 0.25 | 62.50 |
| 6/24/2011 | Draft Second Amended Disclosure Statement and file/upload to ECF | 6.00 | 1,500.00 |
| 6/26/2011 | Draft edits to 2d Amended Chapter 11 Plan and upload to ECF | 0.83 | 208.33 |
| 6/30/2011 | Continue hearing on Disclosure Statement to 7/28/2011 (Trustee signed of on 2d Amended Disclosure Statement | 0.25 | 62.50 |
| 6/30/2011 | Draft 3d amended Disclosure Statement and file | 1.75 | 437.50 |
| 7/11/2011 | Draft Order Approving Disclosure Statement and Confirmation Hearing and upload; obtain calendar date for Confirmation Hearing 9/1/2011 | 1.00 | 250.00 |
| 7/24/2011 | Draft Ballots and forward confirmation package to all creditors (Disclosure Statement, Chapter 11 Plan, Order Approving Disclosure Statement, Ballot) | 2.00 | 500.00 |
| 7/24/2011 | Postage, mailings of Confirmation Package to all creditors | | 82.50 |
| 8/24/2011 | Review and file MOR for July 2011 | 0.25 | 62.50 |
| 8/26/2011 | Review returned ballots; draft Tabulation Report and file/load to ECF | 1.33 | 333.33 |
| 9/1/2011 | Appearance on Confirmation Hearing; BMW rejection fails 3d amended Plan and Disclosure for confirmation; hearing reset to 11/17/2011 (Dept 215) | 1.58 | 395.83 |
| 10/10/2011 | Draft 4th Amended Chapter 11 Plan and file; draft Request to Enter default on Motion to Avoid Lien/Motion to Value re 86 Arundel Drive, Hayward | 2.75 | 687.50 |
| 10/22/2011 | File Request to Enter Default of Chase Home Finance LLC | 0.33 | 83.33 |
| 11/10/2011 | File/upload amended October 2011 MOR | 0.17 | 41.67 |
| 11/16/2011 | File/upload 4th Amended Plan | 0.30 | 75.00 |
| 11/17/2011 | Draft and submit 4th amended Disclosure Statement and Chapter 11 Plan; Confirmation reset to 12/29/2011 | 2.50 | 625.00 |
| 11/19/2011 | Review and file MORs for September and October 2011 | 0.37 | 91.67 |
| 11/20/2011 | Draft and upload order avoiding lien on Arundel Drive | 0.75 | 187.50 |
| 2/2/2012 | Draft and file 5th Amended Plan per previous order | 2.00 | 500.00 |
| 2/3/2012 | Review and file MORs for November, December 2011 | 0.00 | 0.00 |
| 2/7/2012 | Draft 6th Amended Plan (only adding convenience class) & file | 0.50 | 125.00 |
| 2/22/2012 | Draft Order Approving Disclosure Statement and setting Confirmation Hearing & upload to ECF; hearing on confirmation set for 4/12/2012 (by clerk with phone call to chambers) | 1.00 | 250.00 |
| 2/28/2012 | Forward ballots, Plan and Disclosure Statement to all creditors | 1.00 | 250.00 |
| 2/28/2012 | Postage, mailings of Confirmation Package to all creditors | | 86.00 |
| 4/9/2012 | Marshall ballots, file Tabulation and Declaration in Support of Confirmation, and file | 1.75 | 437.50 |
| 4/11/2012 | Review and file MORs for February and March 2012 | 0.33 | 83.33 |

| Date | Description | Hours | Total |
|---|---|---|---|
| 4/12/2012 | Appearance in Department 215 on Confirmation Hearing; voting creditors are in majority; 6th Amended Plan conditionally approved | 2.17 | 541.67 |
| 4/24/2012 | Draft First Amended Declaration of Debtors in Confirmation of Sixth Amended Chapter 11 Plan | 1.00 | 250.00 |
| 4/27/2012 | Draft Order Confirming 6th Amended Plan and upload to Court | 0.67 | 166.67 |
| 9/13/2012 | Review and file MOR for April and June 2011 | 0.30 | 75.00 |
| 10/15/2012 | Review Post Confirmation Report for September 2011 and file w/ court | 0.27 | 66.67 |
| 11/28/2012 | PROFESSIONAL DISCOUNT | | -8,397.66 |
| 11/28/2012 | Payment- Thank you | | -5,000.00 |
| 1/12013- 12/31/2013 no further charges | | | |
| 1/12014- 4/30/2014 no further charges | | | |
| | | | |
| | **Amount Due** | 92.91 | 0.00 |