ROBERT C. BORRIS JR., ESQ. #85415
21550 Foothill Blvd
Hayward, CA 94541
(510) 581 7111 Fax 582 6729
rborrisjr@aol.com

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ) | **Chapter 11 N0 10-45900** |
| ) | |
| TRI TRONG DO & LILY CAI DO ) | **APPLICATION FOR FINAL** |
| ) | **DECREE AND NOTICE OF** |
| Debtor ) | **OPPORTUNITY TO OBJECT (BLR** |
| ) | **3022-1)** |

**NOTICE IS HEREBY GIVEN** that the Debtors have filed herewith an Application for a Final Decree (BLR 3022-1) in order to close this Chapter 11 case.

**You are notified that, pursuant to Bankruptcy Rule 3022, you are given fourteen (14) days from the date of mailing of this notice to request a hearing on this Application.  Such a request shall be filed with the Clerk of the U.S. Bankruptcy Court at the following address: Clerk of the U.S. Bankruptcy Court, 1300 Clay Street, 3d Floor, Oakland, CA 94612. Bankruptcy Local Rule 9014-1 and 3022-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and any objection to the requested relief, or a request for hearing on the matter must be filed and served**

**upon the requesting party within 14 days of mailing of the notice. A request for a hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of their position. If there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and either: (a) That the initiating party will give at least 7 days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made; or (b) The tentative hearing date.**

/////////////////////////////////////////

# VERIFIED APPLICATION BY COUNSEL FOR

# DEBTORS FOR FINAL DECREE AND CLOSURE OF CASE

I, ROBERT C. BORRIS JR., ESQ. declare under penalty of perjury under the laws of the United States as follows:

1. I am the counsel for the Debtors, having filed a Petition under Chapter 11 on May 21, 2010.

2. My employment was approved by Order of this Court on June 2, 2010.

3. The Court approved the Debtors' Sixth Amended Chapter 11 Plan on April 27, 2012.

4. All Motions to Value provided for in the Plan have been filed and Orders obtained as to each.

5. All quarterly reports of operation have been filed herein, as well as post-confirmation quarterly reports.

6. All quarterly fees to the Office of the US Trustee have been paid.

7. All compensation paid to Counsel for Debtors was approved herein on July 10, 2014.

8. This Plan will be completed by April 27, 2017.

9. Both the Court and the Office of the United States Trustee have no objection to the issuance of a Final Decree and closure of this case prior to Plan completion. Both have requested as much from Counsel for the Debtors.

WHEREFORE Counsel and the Debtors pray for an Order/Final Decree closing this case.

September 9, 2014

<u>/s/ Robert C. Borris Jr., Esq.</u>

Counsel for Debtors

# CERTIFICATE OF SERVICE

I, ROBERT C. BORRIS JR., ESQ. declare under penalty of perjury under the laws of the United States as follows:

I am a citizen of the United States and over the age of eighteen (18) years and not a party to the within action. My business address is 21550 Foothill Blvd, Hayward, California 94541. On August 9, 2014 I served by prepaid postage, first class mail in the United States Post Office, a copy of the following document(s):

**APPLICATION FOR FINAL DECREE AND NOTICE OF OPPORTUNITY TO OBJECT (BLR 3022-1)**

as follows (20 largest unsecured creditors):

Office of the United States Trustee
1301 Clay Street
Oakland CA 94612

Chase Bank
PO Box 94014
Palatine IL 60094

Chase Home Finance LLC
**c/o** C T CORPORATION SYSTEM (C0168406),
Agent for Service of Process: Officer
818 W 7th St # 200, Los Angeles CA 90017

BMW FINANCIALSERVICES
5515 Park Center Cir
Dublin, Oh 43017

UNVL/CITIBANK
Po Box 6241
Sioux Falls, SD 57117

America's ServicingCompany
1 Home Campus
Des Moines IA 50328

WELLS FARGOBANK
PO BOX 5445
PORTLAND, OR97228

CHASE CARD
PO BOX 15298
WILMINGTON, DE19850

CITI
PO BOX 6241
SIOUX FALLS, SD57117

WELLS FARGO BANK
NV NA PO BOX 94435
ALBUQUERQUE, NM 87199

Bank of America
PO Box 15710
Wilmington DE 19850

DISCOVER FIN SVCS LLC
PO BOX 15316
WILMINGTON, DE 19850

FEB/FRYS
280 W 10200 S STE 200
SANDY, UT 84070

VISA DSNB
9111 DUKE BLVD
MASON, OH 45040

| | |
|---|---|
| September 9, 2014 | |
| | */s/* Robert C. Borris Jr., Esq. |