

1  ROBERT C. BORRIS JR., ESQ. #85415
2  21550 Foothill Blvd
3  Hayward, CA 94541
   (510) 581 7111 Fax 582 6729
4  rborrisjr@aol.com
5
   Attorney for Debtors
6

**The following constitutes
the order of the court. Signed October 27, 2014**

_Charles Novack_
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                              )   **Chapter 11 N0 10-45900**
                                    )
TRI TRONG DO & LILY CAI DO          )   **FINAL DECREE IN CHAPTER 11**
                                    )   **CASE**
     Debtor                         )

Having read and considered the **APPLICATION FOR FINAL DECREE AND NOTICE OF OPPORTUNITY TO OBJECT (BLR 3022-1)** filed by the Debtors herein and there being no objections to said Application following notice to the Office of the US Trustee, creditors, and other interested parties;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Chapter 11 estate of the above named Debtors will be fully administered by April 27, 2017 pursuant to the terms of the Plan; and

2. The chapter 11 case of the above named Debtors is CLOSED; and

//////////////////////

3. The Debtors shall, upon completion of Plan payments, move the Court for a discharge.

End of Order

<u>Court Service List</u>

Office of the US Trustee

(electronic notice through ECF)