Entered on Docket
January 16, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The Law Office of Nathan D. Borris
Nathan D. Borris, Esq. SBN 266090
1380 A Street
Hayward, CA 94541
(510) 581-7113
(510) 581-7112 Fax
nateborris@gmail.com

**The following constitutes
the order of the court. Signed January 11, 2018**

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re:

TRI TRONG DO & LILY CAI DO,

    Debtor

) Case No.: 10-45900 CN
) Chapter 11
)
) **ORDER ON DEBTOR'S MOTION TO RE-**
) **OPEN CHAPTER 11 CASE TO OBTAIN**
) **DISCHARGE AFTER COMPLETION OF**
) **PLAN PAYMENTS**
)
)

    This matter came for consideration by the Honorable Charles Novack, Judge of the U.S. Bankruptcy Court on a motion to re-open terminated bankruptcy case.

    The Court, having considered Debtors' motion, hereby orders that **Case No. 10-45900** be reopened for the purpose of permitting Debtor to file Certificates of Completion of a course in Financial Management and Form 423, a Certification in Support of and Request for Discharge, and a Final Judgment Voiding Lien of JP Morgan Chase Bank, N.A.

1

The Court further orders that the reopening fee of $1,167.00 is hereby waived under the circumstances.

IT IS SO ORDERED.

**END OF ORDER**

COURT SERVICE LIST